# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2023

## NO. 03-23-00515-CV

**Gerald Bailey, Appellant**

**v.**

**William D. Spears and Phuong L. Spears, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY**
**BEFORE JUSTICES BAKER, TRIANA, AND SMITH**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on August 2, 2023. Having reviewed the record, the Court holds that Gerald Bailey has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.